IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY MARTZ, | No. 4:22-CV-01390 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| POLARIS SALES INC., | |
| Defendant. | |

**ORDER**

**JANUARY 3, 2024**

**AND NOW**, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant shall provide the Court with the Kolpin Throttle Master Instructions Review for *in camera* review no later than seven (7) days from the date of this Order;

2. Defendant shall provide the Court with any documents relating to its original request for ASE to author the Kolpin Throttle Master Instructions Review for *in camera* review no later than seven (7) days from the date of this Order; and

3. If these documents are not provided to the Court within the deadline, then Defendant will be ordered to produce them to Plaintiff's counsel.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge