# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY MARTZ, | No. 4:22-CV-01390 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| POLARIS SALES INC., | |
| Defendant. | |

## ORDER

**JANUARY 18, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant shall produce the Kolpin Throttle Master Instructions Review to Plaintiff for purposes of discovery.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge